**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Hotel Employees and Restaurant Employees
International Union Welfare Fund, The, et al.

                                         Plaintiff,

v.                                                   Case No.:
                                                     1:08−cv−02938
                                                     Honorable Charles P.
                                                     Kocoras

Aramark Corporation

                                         Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 30, 2008:

        MINUTE entry before the Honorable Charles P. Kocoras: Status hearing set for
8/13/2008 at 09:30 AM. At the initial hearing, parties to report on the following: 1.
Possibility of settlement. 2. If no possibility of settlement exists, the nature and length of
discovery necessary to prepare the case for resolution. Plaintiff is directed to advise all
other parties of the Court's action herein. Lead counsel for each party is required to attend
the initial hearing.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.