IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, <br><br> H.W. WARD, as fiduciary of THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE RUND, <br><br> THE UNITE HERE NATIONAL RETIREMENT FUND, f/k/a THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND, <br><br> RICHARD N. RUST, as fiduciary of THE UNITE HERE NATIONAL RETIREMENT FUND, <br><br>      Plaintiffs, <br> v. <br><br> ARAMARK CORPORATION, f/k/a ARAMARK SERVICES, INC., <br><br>      Defendant. | Case No. 08-cv-2938 <br><br> Judge Charles P. Kocoras <br><br> Magistrate Judge Ashman |

### DEFENDANT'S AMENDED UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, ARAMARK Corporation ("Defendant"), by its attorneys, hereby requests the Court to grant it a thirty-day extension of time or until July 11, 2008 to file its answer or other responsive pleading to Plaintiffs' Complaint. In support of its Motion, Defendant states as follows:

1. On May 21, 2008, Plaintiffs filed the instant Complaint with the Clerk of the Court and issued a summons as to Defendant.

2. On or about June 3, 2008, Defendant was served with the Complaint. Pursuant to Fed. R. Civ. P. 8, and according to the summons, the Answer to the Complaint is due within twenty days of service, or on June 11, 2008.

3. Counsel for Defendant, Shannon M. Callahan of Morgan Lewis & Bockius LLP was notified of service on or about June 3, 2008.

4. Counsel has not yet had time to investigate and evaluate the allegations in Plaintiffs' Complaint.

5. On June 3, 2008, Plaintiffs' counsel indicated that she does not oppose the instant motion for an extension of time.

6. Accordingly, Defendant requests thirty (30) days, up to and including July 11, 2008, to answer or otherwise plead the Complaint.

WHEREFORE, ARAMARK Corporation respectfully requests an extension of thirty days to answer or otherwise plead, and requests such other and further relief as the Court deems appropriate.

> Respectfully submitted,
>
> ARAMARK CORPORATION
>
>
> By: /s/ Shannon M. Callahan
>     Its Attorney

Shannon M. Callahan
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL  60601
Telephone: 312.324.1000
Facsimile: 312.324.1001
scallahan@morganlewis.com

Dated:  June 4, 2008

## CERTIFICATE OF SERVICE

I, Shannon M. Callahan, an attorney, certify that I served the foregoing Defendant's Amended Notice of Unopposed Motion For An Extension of Time to Answer or Otherwise Plead by filing it electronically through the Court's CM/ECF system, which directed copies to:

Laura M. Finnegan<br>
Baum Sigman Auerbach & Neuman, LTD.<br>
200 West Adams Street, Suite 2200<br>
Chicago, IL 60606-5231<br>
lmfinnegan@baumsigman.com

on this 4th day of June, 2008.

/s/ Shannon M. Callahan

1-CH/214847.1

## CERTIFICATE OF SERVICE

I, Shannon M. Callahan, an attorney, certify that I served the foregoing Defendant's Amended Unopposed Motion For An Extension of Time to Answer or Otherwise Plead by filing it electronically through the Court's CM/ECF system, which directed copies to:

Laura M. Finnegan<br>
Baum Sigman Auerbach & Neuman, LTD.<br>
200 West Adams Street, Suite 2200<br>
Chicago, IL 60606-5231<br>
lmfinnegan@baumsigman.com

on this 4th day of June, 2008.

/s/ Shannon M. Callahan

1-CH/214847.1