IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, <br><br> H.W. WARD, as fiduciary of THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE RUND, <br><br> THE UNITE HERE NATIONAL RETIREMENT FUND, f/k/a THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND, <br><br> RICHARD N. RUST, as fiduciary of THE UNITE HERE NATIONAL RETIREMENT FUND, <br><br>           Plaintiffs, <br> v. <br><br> ARAMARK CORPORATION, f/k/a ARAMARK SERVICES, INC., <br><br>           Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No.  08-cv-2938 <br><br> Judge Charles P. Kocoras <br><br> Magistrate Judge Ashman |

### AMENDED NOTICE OF MOTION

To:    Laura M. Finnegan
        Baum Sigman Auerbach & Neuman, LTD.
        200 West Adams Street, Suite 2200
        Chicago, IL 60606-5231
        lmfinnegan@baumsigman.com

PLEASE TAKE NOTICE that on Tuesday, June 10, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Kocoras or any other Judge sitting in his place in the courtroom usually occupied by her in Room 1725 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached Amended Unopposed Motion for Extension of Time to Answer or Otherwise Plead.

          Respectfully submitted,

          ARAMARK CORPORATION

          By: /s/ Shannon M. Callahan
              Its Attorney

Shannon M. Callahan
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601
Telephone: 312.324.1000
Facsimile: 312.324.1001
scallahan@morganlewis.com

Dated: June 4, 2008