IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND,<br><br>H. W. WARD, as fiduciary of THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND,<br><br>THE UNITE HERE NATIONAL RETIREMENT FUND, f/k/a THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND,<br><br>RICHARD N. RUST, as fiduciary of THE UNITE HERE NATIONAL RETIREMENT FUND,<br><br>    Plaintiffs,<br><br> vs.<br><br>ARAMARK CORPORATION, f/k/a ARAMARK SERVICES, INC.,<br><br>    Defendant. | CASE NO. 08 CV 2938<br><br>JUDGE KOCORAS<br><br>MAGISTRATE JUDGE ASHMAN |

**NOTICE OF MOTION**

 To: Laura M. Finnegan
    Baum Sigman Auerbach & Neuman, LTD.
    200 West Adams Street, Suite 2200
    Chicago, IL 60606-5231
    lmfinnegan@baumsigman.com

 PLEASE TAKE NOTICE that on Tuesday, July 22, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge

Kocoras or any other Judge sitting in her place in the courtroom usually occupied by him in Room 1725 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendant's Motion To Stay Proceedings Pending Resolution Of Defendant's Motion To Reassign And Consolidate Before Judge Kendall Or, In The Alternative, For An Extension Of Time To Answer Or Otherwise Plead.

Dated: July 3, 2008

Respectfully submitted,

ARAMARK CORPORATION, f/k/a
ARAMARK SERVICES, INC.,

By:   /s/  Stephanie L. Sweitzer
      One of Its Attorneys

Thomas F. Hurka
Stephanie L. Sweitzer
MORGAN, LEWIS & BOCKIUS LLP
77 W. Wacker Drive, Fifth Floor
Chicago, IL  60601
Tel.:   312.324.1000
Fax:   312.324.1001
thurka@morganlewis.com
ssweitzer@morganlewis.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Notice of Motion was served via the Court's CM/ECF (Electronic Case Filing) System on:

>Laura M. Finnegan
>Attorney for the Plaintiffs
>BAUM SIGMAN AUERBACH &
>  NEUMAN, LTD.
>200 West Adams Street, Suite 2200
>Chicago, IL  60606-5231
>lmfinnegan@baumsigman.com

on July 3, 2008.

>/s/  Stephanie L. Sweitzer