**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Hotel Employees and Restaurant Employees International Union Welfare Fund, The, et al.

                                                Plaintiff,

v.                                                    Case No.: 1:08−cv−02938

                                                     Honorable Charles P. Kocoras

Aramark Corporation

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Defendant's motion [18] to stay proceedings pending resolution of defendant's motion to reassign and consolidate before Judge Kendall is granted. Hearing on said motion, set for 7/22/2008, is stricken. Status hearing is reset from 8/13/2008 to 9/2/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.