# United States District Court
# Northern District of Illinois

MHN

In the Matter of

HOTEL EMPLOYEES & RESTAURANT EMPLOY

v.

ARAMARK CORP

Case No. 08 C 2938

Designated Magistrate Judge
~~Martin C. Ashman~~ Brown

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Charles P. Kocoras** to be related to **08 C 2883** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge Virginia M. Kendall

Dated: July 24, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Virginia M. Kendall**.

**ENTER**

FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: JUL 2 9 2008

Finding of Relatedness (Rev. 9/99)